```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 28975
   SHAREE BECTON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6267


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/05/2004 and was confirmed 09/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  28.17%.

     The case was paid in full 05/12/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
LASALLE BANK               SECURED              500.00         21.75          500.00
LASALLE BANK               UNSECURED       NOT FILED             .00             .00
SILVERLEAF RESORTS         SECURED NOT I       632.13          86.83          632.13
WELLS FARGO BANK NA        MORTGAGE ARRE      1964.69            .00         1964.69
WELLS FARGO BANK NA        CURRENT MORTG         .00             .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED             .00             .00
SHERMAN ACQUISITION        UNSECURED          2062.01            .00          580.79
ELMHURST CLINIC            UNSECURED          2692.07            .00          758.25
HARRIS BANK                UNSECURED          4009.42            .00         1129.29
NICOR GAS                  UNSECURED           687.57            .00          193.66
ROBERT J SEMRAD & ASSOC    PRIORITY        NOT FILED             .00             .00
PROVIDIAN FINANCIAL        UNSECURED       NOT FILED             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,625.20                        2,625.20
TOM VAUGHN                 TRUSTEE                                             507.41
DEBTOR REFUND              REFUND                                              750.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  9,750.00

PRIORITY                                            .00
SECURED                                         3,096.82
    INTEREST                                      108.58
UNSECURED                                       2,661.99
ADMINISTRATIVE                                  2,625.20
TRUSTEE COMPENSATION                              507.41
DEBTOR REFUND                                     750.00
                        ---------------    ---------------
TOTALS                   9,750.00               9,750.00


            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 28975 SHAREE BECTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```